UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 APR 23  A 10: 57

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES OF AMERICA :

V. : CRIMINAL NO. 3:98CR00132(AHN)

FRANCISCO CARBONE :

## ORDER VACATING PETITION AND SUMMONS

On November 29, 2006, the Probation Office brought a Petition on Probation and Supervised Release to the Court. The Court signed the petition ordering the defendant to appear in court to show cause as to why his supervised release should not be revoked. The defendant is scheduled to appear for a supervised release hearing on April 26, 2007.

At the request of the Probation Office, it is recommended that the petition and summons be vacated in this case due to the fact that the defendant has served almost five additional months on supervision on the Grade C violations. In addition, the maximum penalty that could be imposed by the State of Connecticut in this matter is either a fine or up to 60 days imprisonment.

Therefore, it is ordered that the summons and petition on probation and supervised release be vacated in this case and that the defendant's period of supervised release be terminated.

Signed this 23 day of April, 2007 at Bridgeport, Connecticut.

_____
The Honorable Alan H. Nevas
Senior United States District Judge